

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Anne C. Lefever
tel: +1.212.858.1267
anne.lefever@pillsburylaw.com

May 14, 2025

**VIA ECF**

Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

> Request GRANTED. The Initial Pretrial Conference currently scheduled for June 6, 2025, shall be adjourned to **June 24, 2025, at 11:00 a.m.**
>
> Dated: May 15, 2025
>       New York, New York
>
> SO ORDERED.
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Armenante v. Flying Colours Corp et al*, Case No. 1:25-cv-03378-JLR; Letter-Motion Request for Adjournment

Dear Judge Rochon:

We represent Defendants Flying Colours Corp. and Flexjet, LLC ("Defendants") in the above-referenced matter. Pursuant to Rule 1.F of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request an adjournment of the initial pretrial conference currently scheduled for June 6, 2025, at 12:30 p.m., ECF No. 5.

The reason for the request is that counsel for Defendants will be in an out-of-town arbitration from May 30-June 6, 2025. Accordingly, Defendants respectfully request that the Court adjourn the initial pretrial conference to a date after June 6, 2025. This is Defendants' first request for an adjournment of the initial pretrial conference. Plaintiff consents to Defendants' request. The parties have conferred and are both available between June 23-26, 2025.

Thank you for your consideration.

Respectfully submitted,


/s/ Anne Lefever_____
Anne Lefever

cc: All Counsel (via ECF)