**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARK A. ARMENANTE,

                              Plaintiff,

             -against-                                      25 **CIVIL** 3378 (JLR)

                                                        **JUDGMENT**

FLYING COLOURS CORP. and FLEXJET,
LLC,

                              Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 19, 2026, Defendants' motion to dismiss is

GRANTED and Plaintiff's request for leave to amend is DENIED; accordingly, the case is

closed.

**Dated:** New York, New York

      March 20, 2026

                                          **TAMMI M. HELLWIG**

                                  _____

                                         **Clerk of Court**

              **BY:**              K. mango

                                  _____

                                           **Deputy Clerk**